IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FRANCES RENEE PERRY**                                                                                  **PETITIONER**
**ADC #708998**

v.                          CASE NO.: 5:10CV00103-SWW-BD

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                       **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Petitioner's Petition for Writ of Habeas Corpus (#2) is DISMISSED without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases for lack of jurisdiction, and her Motion for Leave to Proceed *In Forma Pauperis* (#1) is DENIED as moot.

IT IS SO ORDERED THIS 13th DAY OF MAY, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE