IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FRANCES RENEE PERRY**                                                          **PETITIONER**
**ADC #708998**

v.                  CASE NO.: 5:10CV00103-SWW-BD

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 13th day of May, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

1